UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61711-CIV-MARRA/SELTZER

LICCARDI FORD, INC.,
LICCARDI MOTORS, INC., and
LICCARDI LINCOLN-MERCURY,
L.L.C.,

        Plaintiffs,

vs.

FIDELITY WARRANTY SERVICES,
INC., JM&A GROUP a/k/a JM
FAMILY ENTERPRISES, INC., and
JIM MORAN & ASSOCIATES, INC.,

        Defendants.
_____/

FILED by mut D.C.

DEC 0 1 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

This Cause is before the Court sua sponte.

This matter was transferred to this Court on November 1, 2005, from the United States District Court for the District of New Jersey upon an Order signed by United States District Court Judge Mary L. Cooper. On November 21, Defendants filed their Motion to Dismiss. On November 30, 2005, Plaintiffs' counsel faxed to chambers a letter to request an extension of time of one month to respond to Defendants' Motion to Dismiss. In their letter, Plaintiffs' counsel advised the Court that because they are not yet admitted to practice before the federal courts in Florida, they are unable to file the appropriate motion at this time. Plaintiffs' counsel assert that they are in the process of contacting local counsel in Florida to arrange for a substitution of counsel for Plaintiffs.

After due consideration, and noting that Defendants do not oppose Plaintiffs' request, it is

**ORDERED AND ADJUDGED** that Plaintiffs shall have a thirty (30) day extension of time within which to file their response to Defendants' Motion to Dismiss.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of December, 2005.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:

Nishall N. Jairam, Esq.
David R. Kott, Esq.
Richard J. Zaden, Esq.