IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 05-61711-CIV-MARRA/SELTZER

LICCARDI FORD, INC., LICCARDI
MOTORS, INC. and LICCARDI LINCOLN-
MERCURY, L.L.C.,

 Plaintiffs,

v.

FIDELITY WARRANTY SERVICES, INC.,
JM&A GROUP A/K/A JM FAMILY
ENTERPRISES, INC., and JIM MORAN &
ASSOCIATES, INC.,

 Defendants.
_____/

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND REQUEST TO FILE SUPPLEMENTAL
AFFIDAVITS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

 Plaintiffs, LICCARDI FORD, INC., LICCARDI MOTORS, INC. and LICCARDI LINCOLN-MERCURY, L.L.C., (hereinafter referred to as the "Liccardi Dealerships"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure, files this Memorandum in Opposition to Defendants' Motion for Summary Judgment and Request to File Supplemental Affidavits in Opposition to Motion for Summary Judgment.

 Defendant, Fidelity Warranty Services, Inc. ("Fidelity"), has filed a Motion for Summary Judgment and a Memorandum of Law in Support, along with an Affidavit of Kim Fields. Both the Motion and Fields' Affidavit claims to have attached a "Letter Agreement" dated October 12.

In the Motion, it is claimed to have been attached as Exhibit "A" and in the Affidavit, it is claimed to have been attached as well. Defendant's entire Motion is premised upon this document, which is not attached. This document is again referenced in its Affirmative Defenses to the Second Amended Complaint, but, again, not attached. The Letter Agreement is the central basis for the Motion for Summary Judgment.

Even if the document is attached, Plaintiff has the ability to serve an Affidavit of the principal of the business, Greg Liccardi, which will establish that the parties agreed that the monies being sued upon would be paid, not at some later date, but as stated in paragraphs 19 and 20 of the Second Amended Complaint, i.e. after canceling the agreements, Defendants committed to pay Liccardi the portion of their retro account commissions for the expired warranties and partially kept their commitment until they breached the contract.

Plaintiff would respectfully request that if the Motion is not denied in its entirety and if Defendant is allowed to file the so-called exhibit, that it be allowed to supplement this Memorandum of Law and submit the Affidavit of Greg Liccardi and a Memorandum of Law on the merits. However, as plead at the moment, the Motion for Summary Judgment is defective on its face pursuant to the Federal Rules of Civil Procedure and, specifically sub-paragraph E which states that "sworn or certified copies of all papers or parts therefore referred to in an affidavit shall be attached thereto or served therewith."

WHEREFORE, Plaintiffs, LICCARDI FORD, INC., LICCARDI MOTORS, INC. and LICCARDI LINCOLN-MERCURY, L.L.C., respectfully request that the Motion for Summary Judgment be denied or, in the alternative, if the Defendant is allowed to file a supplemental

pleading, that Plaintiff be allowed to respond and submit the Affidavit of Greg Liccardi in opposition thereto along with a Memorandum of Law on the merits.

        Respectfully submitted,

        s/ Alfred L. Frith
        ALFRED L. FRITH, ESQ.
        Florida Bar # 371688
        alfred.frith@rissman.com
        RISSMAN, BARRETT, HURT,
         DONAHUE & MCLAIN, P.A.
        201 East Pine Street, 15th Floor
        P.O. Box 4940
        Orlando, FL 32802-4940
        Telephone:   (407) 839-0120
        Telecopier:   (407) 841-9726
        Attorneys for Plaintiffs,
        LICCARDI FORD, INC., LICCARDI MOTORS, INC. and LICCARDI LINCOLN-MERCURY, L.L.C.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 3, 2006, that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system; which will send a notice of electronic filing to the following: John P. "Jack" Seiler, Esq./Richard J. Zaden, Esq., Law Offices of Seiler, Sautter, Zaden & Rimes, 2850 North Andrews Avenue, Ft. Lauderdale, FL 33311 (email: zadenlaw@bellsouth.net).

        RISSMAN, BARRETT, HURT,
        DONAHUE & MCLAIN, P.A.

        /s Alfred L. Frith
        ALFRED L. FRITH, ESQ.
        Florida Bar # 371688