UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61711-CIV-MARRA/SELTZER

LICCARDI FORD, INC.,
LICCARDI MOTORS, INC., and
LICCARDI LINCOLN-MERCURY,
L.L.C.,

    Plaintiffs,

vs.

FIDELITY WARRANTY SERVICES,
INC., JM&A GROUP a/k/a JM
FAMILY ENTERPRISES, INC., and
JIM MORAN & ASSOCIATES, INC.,

    Defendants.
_____/.

## FINAL ORDER OF DISMISSAL

This Cause is before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice, filed January 22, 2007 (DE 44). The Court has reviewed the Joint Stipulation, the pertinent portions of the record, and is otherwise advised in the premises. In accordance with the parties' Joint Stipulation, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

2. Any pending motions are **DENIED AS MOOT.**

3.  The Clerk shall **CLOSE THIS CASE.**

    **DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida

this 23rd day of January, 2007.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:
Keith M. Stern, Esquire
Mark L. Van Valkenburgh, Esquire